UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TWYLA TURNER, | ) | CASE NO. 1:23-CV-00107 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| CLEVELAND PUBLIC LIBRARY, | ) | |
| | ) | **CASE MANAGEMENT** |
| Defendant. | ) | **CONFERENCE ORDER** |

A Case Management Conference ("CMC") was held in this matter on May 30, 2023. The parties and counsel of record agreed to the following, and IT IS ORDERED that:

1. The parties exchanged initial disclosures required by Rule 26(a)(1) by April 28, 2023.

2. This case is assigned to the standard track.

3. This case is automatically designated as suitable for Electronic Case Filing (ECF).

4. Case **is not** suitable for ADR at this time **(though the parties will discuss appropriateness of mediation at status conference)**.

5. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Discovery Plan:

    - Non-expert discovery by September 8, 2023.

    - The pleadings shall be amended without leave of Court on or before: May 30, 2023.

    - Expert report for the party with the burden of proof due September 29, 2023.

    - Rebuttal expert reports due October 31, 2023.

    - Expert Discovery by January 31, 2024.

- Dispositive Motions by December 1, 2023, with responses and replies due in accordance with Loc.R. 7.1.

- A Telephonic Status Conference is hereby set for 12:00 PM on August 29, 2023. The parties shall be prepared to discuss their amenability to ADR if they have not already expressed a desire to mediate prior to that date.

7. The Court will not continue a hearing or extend a deadline without a written motion stating the reason for the request. The motion should be filed BEFORE the deadline at issue has passed. A motion for continuance or extension due to a conflict shall be filed as soon as counsel becomes aware of the conflict. All such motions (except joint motions) shall state whether the other party(s) agrees with or opposes the request.

8. Any questions about the case should be directed to Courtroom Deputy Clerk Stephanie Siner at (216)357-7180. Counsel are *NOT* to contact the Court's law clerks to discuss the case.

**IT IS SO ORDERED.**

Date: May 31, 2023

*Charles Fleming*
_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**