# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| TWYLA TURNER, | DATE: December 5, 2023 |
| Plaintiff, | CASE NO. 1:23cv00107 |
| vs. | JUDGE CHARLES ESQUE FLEMING |
| CLEVELAND PUBLIC LIBRARY, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | ECRO: C. McCardle |

Plaintiff/Representative:
Twyla Turner

Defendant/Representative:
Seth Bostrom
Brian Szalewski
Felton Thomas
Lynn Sargi

Counsel for Plaintiff:
Lindsey K. Self
Richard C. Haber

Counsel for Defendant:
K. Ellen Toth

PROCEEDINGS: A mediation conference was held in Courtroom 10B with the above-named parties. The parties agreed to a resolution. The parties shall file a joint dismissal with prejudice by December 31, 2023.  The Court to retain jurisdiction to enforce the terms of the settlement agreement.

7.5 hours

Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge