UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TWYLA TURNER, | ) | Case No. 1:23-cv-00107 |
|     Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| CLEVELAND PUBLIC LIBRARY, | ) | |
|     Defendant. | ) | **STIPULATED DISMISSAL ENTRY** |

Plaintiff Twyla Turner and Defendant Cleveland Public Library hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.  Defendant is responsible for paying Court costs.

Respectfully submitted,

/s/ *Lindsey K. Self* (Per Email Consent)
Richard C. Haber (0046788)
Lindsey K. Self (0099647)
Natalie D. Davis  (0102476)
Haber LLP
30195 Chagrin Blvd., Suite 323
Pepper Pike, Ohio 44124
216-250-4782
216-250-4783 (FAX)
Email: rhaber@haberllp.com
      lself@haberllp.com
      ndavis@haberllp.com

*Attorneys for Plaintiff Twyla Turner*

/s/ *Ellen Toth*
Ellen Toth (0056176)
Brittany Brantley (0091109)
Andrea V. Arnold (0099455)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
216-241-6100
216-357-4733 (FAX)
Email:  ellen.toth@ogletree.com
      brittany.brantley@ogletree.com
      andrea.arnold@ogletree.com

*Attorneys for Defendant Cleveland Public Library*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulated Dismissal Entry* was filed electronically on December 29, 2023.  Notice of this filing will be sent to all parties, including the following counsel, by operation of the Court's electronic filing system.

Richard C. Haber
Lindsey K. Self
Natalie D. Davis
Haber LLP
30195 Chagrin Blvd., Suite 323
Pepper Pike, Ohio 44124
rhaber@haberllp.com
lself@haberllp.com
ndavis@haberllp.com

*/s/ Ellen Toth*
*One of Attorneys for Defendant Cleveland Public Library*