UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TWYLA TURNER, | ) | Case No. 1:23-cv-00107 |
|     Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| CLEVELAND PUBLIC LIBRARY, | ) | |
|     Defendant. | ) | **STIPULATED DISMISSAL ENTRY** |

Plaintiff Twyla Turner and Defendant Cleveland Public Library hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.  Defendant is responsible for paying Court costs.

Respectfully submitted,

/s/ *Lindsey K. Self* (Per Email Consent)
Richard C. Haber (0046788)
Lindsey K. Self (0099647)
Natalie D. Davis  (0102476)
Haber LLP
30195 Chagrin Blvd., Suite 323
Pepper Pike, Ohio 44124
216-250-4782
216-250-4783 (FAX)
Email: rhaber@haberllp.com
      lself@haberllp.com
      ndavis@haberllp.com

*Attorneys for Plaintiff Twyla Turner*

/s/ *Ellen Toth*
Ellen Toth (0056176)
Brittany Brantley (0091109)
Andrea V. Arnold (0099455)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
216-241-6100
216-357-4733 (FAX)
Email:  ellen.toth@ogletree.com
      brittany.brantley@ogletree.com
      andrea.arnold@ogletree.com

*Attorneys for Defendant Cleveland Public Library*

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: January 2, 2024